| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Lawrence E. Butler (State Bar No. 111043) |
| 2 | Andrea Anapolsky (State Bar No. 238297) |
| | 560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | Attorneys for Defendant |
| | ROLF C. HAGEN (USA) CORP. |
| 6 | |
| | LAW OFFICES OF CHRISTOPHER W. SWEENEY |
| 7 | |
| | Christopher W. Sweeney (SBN 143217) |
| 8 | 1500 Oliver Road Suite K, PMB 321 |
| | Fairfield, CA 94535 |
| 9 | Telephone: (707) 435-1244 |
| | Facsimile: (707) 435-1245 |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | BOLAND, INC., A California corporation dba S&S SUPPLIES |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOLAND INC., a California corporation dba S&S Supplies, | Case No. 2:08-CV-02201-LKK-JFM |
| Plaintiff, | **STIPULATED ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| v. | |
| ROLF C. HAGEN (USA) CORP., | |
| Defendant. | |

Plaintiff Boland, Inc., a California Corporation dba S&S Supplies ("Plaintiff") and Rolf C. Hagen (USA) Corp., ("Defendant") (Plaintiff and Defendant are referred to collectively as "the Parties") hereby stipulate by and through their respective attorneys of record as follows: The hearing on Defendant's Motion for Summary Judgment, or In the Alternative, Summary

Adjudication, is presently scheduled for hearing on October 26, 2009. Due to conflicting scheduling problems, the parties desire to continue the hearing date and the dates the Opposition and Reply Briefs are due as follows:

    Opposition due on October 19, 2009;

    Reply due on November 2, 2009; and

    Hearing date on November 9, 2009 at 10:00 a.m.

    This continuance does not change any deadlines set forth in the Court's Status (Pre Trial Scheduling) Conference Order.

DATED:　　October 1, 2009　　　　　　　　SEYFARTH SHAW LLP


By_____
　　Lawrence E. Butler
　　Andrea Anapolsky
　　Attorneys for Defendant
ROLF C. HAGEN (USA) CORP.


DATED:　　October 1, 2009　　　　　　　　LAW OFFICES OF CHRISTOPHER W. SWEENEY


By_____
　　Christopher W. Sweeney
Attorneys for Plaintiff
BOLAND, INC., A California corporation dba S&S SUPPLIES

**ORDER**

It is so ordered.

Dated: October 6, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT