| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Lawrence E. Butler (State Bar No. 111043) |
| 2 | Andrea Anapolsky (State Bar No. 238297) |
| | 560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | Attorneys for Defendant |
| | ROLF C. HAGEN (USA) CORP. |
| 6 | |
| | LAW OFFICES OF CHRISTOPHER W. SWEENEY |
| 7 | |
| | Christopher W. Sweeney (SBN 143217) |
| 8 | 1500 Oliver Road Suite K, PMB 321 |
| | Fairfield, CA 94535 |
| 9 | Telephone: (707) 435-1244 |
| | Facsimile: (707) 435-1245 |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | BOLAND, INC., A California corporation dba S&S SUPPLIES |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOLAND INC., a California corporation dba S&S Supplies, | ) | Case No. 2:08-CV-02201-LKK-JFM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE** |
| v. | ) | |
| | ) | Trial Date: May 11, 2010 |
| ROLF C. HAGEN (USA) CORP., | ) | |
| Defendant. | ) | |

Pursuant to General Local Rule 143, IT IS HEREBY STIPULATED by and between Plaintiff Boland, Inc., a California Corporation dba S&S Supplies ("Plaintiff") and Rolf C. Hagen (USA) Corp. ("Defendant"), by and through their respective attorneys of record, that due to defense counsel's involvement in another trial, which will begin February 19, 2010 and last through March 2010, the pre-trial conference presently scheduled on February 25, 2010 at 1:30 p.m. shall be continued to April 5, 2010 at 2:30 p.m.

//

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| DATED: | February 18, 1010 | SEYFARTH SHAW LLP |
| | | /s/ Andrea K. Anapolsky |
| | | By_____ |
| | | Lawrence E. Butler |
| | | Andrea Anapolsky |
| | | Attorneys for Defendant |
| | | ROLF C. HAGEN (USA) CORP. |
| DATED: | February 18, 1010 | LAW OFFICES OF CHRISTOPHER W. SWEENEY |
| | | /s/ Christopher W. Sweeney |
| | | By_____ |
| | | Christopher W. Sweeney |
| | | Attorneys for Plaintiff |
| | | BOLAND, INC., A California corporation dba S&S SUPPLIES |

## ORDER

IT IS SO ORDERED that the Pre-Trial Conference, currently scheduled for February 24, 2010, at 1:30 p.m. is continued to April 5, 2010 at 2:30 p.m.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: March 8, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
Stipulation and [Proposed] Order to Cont. Pre-Trial Conference / 2:08-CV-02201-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com