SEYFARTH SHAW LLP
Lawrence E. Butler (State Bar No. 111043)
Andrea Anapolsky (State Bar No. 238297)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
ROLF C. HAGEN (USA) CORP.

LAW OFFICES OF CHRISTOPHER W. SWEENEY

Christopher W. Sweeney (SBN 143217)
1500 Oliver Road Suite K, PMB 321
Fairfield, CA 94535
Telephone: (707) 435-1244
Facsimile: (707) 435-1245

Attorneys for Plaintiff
BOLAND, INC., A California corporation dba S&S SUPPLIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOLAND INC., a California corporation dba S&S Supplies,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROLF C. HAGEN (USA) CORP.,<br><br>　　　　Defendant. | Case No. 2:08-CV-02201-LKK-JFM<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE**<br><br>Trial Date: May 11, 2010 |

　　　　Pursuant to General Local Rule 143, IT IS HEREBY STIPULATED by and between Plaintiff Boland, Inc., a California Corporation dba S&S Supplies ("Plaintiff") and Rolf C. Hagen (USA) Corp. ("Defendant"), by and through their respective attorneys of record, that due to defense counsel's involvement in another trial, which has been rescheduled to begin March 12 and last through April 2010, with one available week from April 12-16, the pre-trial conference presently scheduled on April 5, 2010 at 2:30 p.m. shall be continued to April 12, 2010 at 2:30 p.m.

Stipulation and [Proposed] Order to Cont. Pre-Trial Conference / 2:08-CV-02201-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: March 3, 1010                SEYFARTH SHAW LLP

2                                      　　/s/ Andrea K. Anapolsky
                                       By_____
3                                         Lawrence E. Butler
                                          Andrea Anapolsky
4                                      Attorneys for Defendant
                                       ROLF C. HAGEN (USA) CORP.
5

6  DATED: March 3, 1010                LAW OFFICES OF CHRISTOPHER W. SWEENEY
7
                                       　　/s/ Christopher W. Sweeney
8                                      By_____
                                          Christopher W. Sweeney
9                                      Attorneys for Plaintiff
                                       BOLAND, INC., A California corporation
10                                     dba S&S SUPPLIES

## ORDER

IT IS SO ORDERED that the Pre-Trial Conference, currently scheduled for April 5, 2010 at 2:30 p.m. is continued to April 12, 2010 at 2:30 p.m.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: March 9, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com