IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOLAND, INC.,

        Plaintiff,   NO. CIV S-08-2201 LKK JFM (GGH)

        vs.   ORDER

ROLF C. HAGEN (USA) CORP., et al.,

        Defendants.
_____/

        The parties, by and through their counsel, met in settlement conference on May 25, 2010. The parties' appearances were placed on the record. The case settled at conference and the settlement was placed on the record.

        All previously scheduled dates in this case are vacated. The parties are directed to file dispositive papers with this court no later than 30 days from today's date. As stated on the record, the court retains jurisdiction over this matter until such time as the payment to plaintiffs is made. At that time retention of jurisdiction shall cease.

DATED: May 27, 2010        /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

boland.sett

1