1  SEYFARTH SHAW LLP
   Lawrence E. Butler (State Bar No. 111043)
2  Andrea Anapolsky (State Bar No. 238297)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   ROLF C. HAGEN (USA) CORP.
6
   LAW OFFICES OF CHRISTOPHER W. SWEENEY
7
   Christopher W. Sweeney (SBN 143217)
8  1500 Oliver Road Suite K, PMB 321
   Fairfield, CA 94535
9  Telephone: (707) 435-1244
   Facsimile: (707) 435-1245
10
   Attorneys for Plaintiff
11 BOLAND, INC., A California corporation dba S&S SUPPLIES

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

| BOLAND INC., a California corporation dba S&S Supplies, | Case No. 2:08-CV-02201-LKK-JFM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ROLF C. HAGEN (USA) CORP., | |
| Defendant. | |

21

22     IT IS HEREBY STIPULATED by and between the parties to this action through their

23 designated counsel that the above-captioned action be and hereby is dismissed with prejudice

24 pursuant to FRCP 41(a)(1), with each party to bear its own fees and costs in connection with this

25 action.

26 //

27 //

28 //

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE /
2:08-CV-02201-LKK-JFM

| | | |
|---|---|---|
| DATED: | June 29, 2010 | SEYFARTH SHAW LLP |
| | | */s/ Andrea K. Anapolsky* |
| | | By_____<br>Lawrence E. Butler<br>Andrea Anapolsky<br>Attorneys for Defendant<br>ROLF C. HAGEN (USA) CORP. |
| DATED: | June 23, 2010 | LAW OFFICES OF CHRISTOPHER W. SWEENEY |
| | | */S/ Christopher W. Sweeney* |
| | | By_____<br>Christopher W. Sweeney<br>Attorneys for Plaintiff<br>BOLAND, INC., A California corporation dba S&S SUPPLIES |

## **ORDER**

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety with prejudice, with each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED.

Dated: July 1, 2010

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

12366164v.1